## ATTACHMENT A
## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant, the Defendant, **TYLER KHAN LIEN** ("**LIEN**'), was employed at Company A in Rockville, Maryland.

Between in or about February 2016 and in or about July 2017, in the District of Maryland and elsewhere, **LIEN** did knowingly and willfully combine, conspire, confederate and agree with other persons to knowingly devise a scheme and artifice to defraud Company A, and to obtain money and property from Company A by means of materially false and fraudulent pretenses, representations, and promises ("the scheme to defraud"), and for the purpose of executing and attempting to execute the scheme to defraud did cause to be delivered by the Postal Service or by private and commercial interstate carrier according to the direction thereon any matter or thing, in violation of 18 U.S.C. § 1341.

It was part of the conspiracy and scheme to defraud that **LIEN** fraudulently purchased electronic devices, including iPhones, for and on behalf of Company A, but without authorization from Company A. It was further part of the conspiracy and scheme to defraud that **LIEN** took actions to conceal the scheme from Company A by having merchant invoices sent directly to **LIEN** or by picking up electronic devices directly from merchants. It was further part of the conspiracy and scheme to defraud that, upon receiving the electronic devices through private and commercial interstate carriers (usually FedEx), **LIEN** used the United States Postal Service or private and commercial interstate carriers to ship the devices from Maryland to locations in California. It was further part of the conspiracy and scheme to defraud that other individuals in California would send the devices to a co-conspirator in Vietnam, all with **LIEN**'s knowledge and for the benefit of **LIEN** and the co-conspirator.

The loss to Company A attributable and reasonably foreseeable to **LIEN**, based on the fraudulent purchase and conversion of electronic devices, was at least **$300,000** and not more than **$400,000**.

SO STIPULATED:

_____
William D. Moomau
Assistant United States Attorney

_____
Tyler Khan Lien
Defendant

_____
James N. Papirmeister, Esq.
Counsel for Defendant